No. 94–6888. JUELS v. DEUTSCHE BANK AG. C. A. 2d Cir. Certiorari denied.

No. 94–6889. SEVERE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6890. COLEMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6894. TORRES v. UNITED STATES;
No. 94–6945. TORRES v. UNITED STATES; and
No. 94–7041. SANTOYO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6895. BANKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6900. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6901. ROBINSON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6902. RISHOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6903. EASON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–6904. REVILLA v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6905. RASHEED v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6906. MARIN-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6907. MOORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6908. WILLIS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.